[No. 7001–1.   Division One.   December 31, 1979.]

CHANG J. PARK, ET AL, *Respondents,* v. HARLEY EUGENE CRAIG, ET AL, *Defendants,* SUNSHINE CLEANERS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 831271, Barbara Durham, J., entered October 11, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, A.C.J., and Williams, J.

[No. 7253–1.   Division One.   December 31, 1979.]

LILY F. LUCKMAN, *Appellant,* GARDEN PARK ASSOCIATES, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 809919, Eugene G. Cushing, J., entered December 27, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James and Dore, JJ.

[No. 7290–1.   Division One.   December 31, 1979.]

ROLAND D. HAYS, ET AL, *Appellants,* v. ARTHUR D. HAYS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–2–00188–1, Paul D. Hansen, J., entered January 12, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, A.C.J., and Andersen, J.